# IN THE SUPREME COURT OF THE STATE OF NEVADA

DUSTIN BELINSKI; AND DANIELLE
BELINSKI,
                    Appellants,
        vs.
WESLEY T. LOGAN; WAYNE LOGAN;
AND MICHELLE LOGAN,
                    Respondents.

No. 73471

**FILED**

DEC 18 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court summary judgment. When our review of the docketing statements and documents submitted to this court revealed a potential jurisdictional defect, we ordered appellants to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appeared that the notice of appeal was filed before the district court entered a final written judgment adjudicating the rights and liabilities of all the parties. Appellants have responded to the order to show cause.

In their response, appellants state that they "have no objection to this court dismissing this case for lack of jurisdiction." Accordingly, we conclude that we lack jurisdiction over this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

17-43544

cc: Hon. Douglas Smith, District Judge
Thomas Tanksley, Settlement Judge
Maier Gutierrez & Associates
Lizada Law Firm, Ltd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A